IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | 1:24-CR-3-RP |
| JOSE SANTIAGO GONZALEZ-LOPEZ, | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is the government's Motion to Stay Issuance of Bond and Notice of Appeal. (Dkt. 12). At Jose Santiago Gonzalez-Lopez's detention hearing, United States Magistrate Judge Dustin Howell ruled that Gonzalez-Lopez should be released on conditions set at the hearing and in a subsequent order. (Dkt. 11). The government appeals that ruling and moves to stay the order pending appeal. (Dkt. 12).

In its motion, the government argues that the order releasing Gonzalez-Lopez should be stayed and vacated because the government believes Gonzalez-Lopez "poses a danger to the community and a risk of flight." (*Id.* at 2). In response, Gonzalez-Lopez argues that the Court should affirm the order setting conditions of release and immediately release Gonzalez-Lopez.

This Court has conducted a de novo review of the order by listening to the recording of the detention hearing and reviewing pretrial documents including the pretrial services report, as amended, and the risk assessment. For the same reasons cited by the Magistrate Judge on the record during the hearing, this Court concurs with the decision to release Gonzalez-Lopez on conditions.

1

For these reasons, **IT IS ORDERED** that the Motion to Stay Issuance of Bond and Notice of Appeal, (Dkt. 12), is **DENIED**. The Order Setting Condition of Release, (Dkt. 11), is **AFFIRMED**.

**SIGNED** on January 4, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE